UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Hon. Marcia M. Henry
## United States Magistrate Judge

### CRIMINAL CAUSE FOR PLEADING

DATE: 11/18/2025

USA v. Zhu    Docket No: 25-cr-340(DG)    Time: 4:00PM    In Court: 1 hr

FTR Log #: 4:05PM-4:48PM

Defendant: Eric Zhu

✓ Present ___Not Present ___Custody ✓ Bail

Defense Counsel: Scott B. Tulman

✓ Present ___Not Present ___Federal Defenders of New York ___CJA ✓ Retained

AUSA: Patrick J. Campbell/Leonid Sandlar    Deputy: S. Yu

~~Court Reporter:~~ ESR Clerk: L. Hong    Interpreter: No    Language: N/A

✓ Case Called
___Defendant's First Appearance
✓ Defendant: ✓ Sworn ___Arraigned ✓ Informed of Rights
✓ Waiver of Indictment Executed for Defendant
✓ Superseding Indictment/Information Filed
___Bench warrant Issued: _____
✓ Defendant Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count 1
of the Indictment/Superseding Indictment/ Information.
___Defendant Enters a Plea of Guilty to count(s)_____ of _____ the Information.
✓ Court Finds Factual Basis for the Plea
___Sentencing will be set by the Probation Office.
___The Probation Office is directed to prepare and file the PSR by_____ on _____
___Sentencing is scheduled for 03/10/2026 at 10:00AM.
___Bail/Bond: ____Set ✓ Continued for Defendant _____ Continued in Custody
___Case Adjourned to ___/___/_____
___Court accepts the Plea of Guilty.
✓ Transcript Ordered

Presentence Report shall be prepared and filed by _____

Defendant's response is due _____ The Government's response is due _____