**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

**UNITED STATES OF AMERICA**

     - against -

25-CR-340 (DG)(MMH)

**ERIC ZHU**

------------------------------------------------------------x

**MARCIA M. HENRY, U.S.M.J.:**


## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES
## MAGISTRATE JUDGE MARCIA M. HENRY


United States Magistrate Judge Marcia M. Henry has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Marcia M. Henry. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Marcia M. Henry.

ERIC ZHU
Defendant

Patrick J. Campbell
Assistant United States Attorney

Scott Tulman, Esq.
Attorney for the Defendant

By:    Joseph Nocella, Jr.
      United States Attorney

s/ MMH

Dated: November 18, 2025

Honorable Marcia M. Henry
United States Magistrate Judge

    Brooklyn, New York